# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **GARREN GREEN, ET AL.**, Individually, and on behalf of all others similarly situated,<br>　　*Plaintiffs*, | § § § § § | |
| v. | § § | NO.　MO:18-CV-00157 DC |
| **POWER PRESSURE CONTROL., LLC, ET AL.**,<br>　　*Defendants*. | § § § § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a) and based upon the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 38) filed December 1, 2020

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 4th day of December, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE